FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )   CRIMINAL NO. 23-204 MIS
                            )
    vs.                     )   18 U.S.C. § 1521: Retaliating Against a
                            )   Federal Employee by False Claim.
TRAPPER KILLSMANY,          )
a.k.a. "David Goldsmith,"   )
                            )
            Defendant.      )

INDICTMENT

The Grand Jury charges:

On or about November 28, 2022, in Catron County, in the District of New Mexico, the defendant, **TRAPPER KILLSMANY**, filed in the public records of Catron County a false lien and encumbrance against the real and personal property of an individual described in 18 U.S.C. § 1114, namely, John Doe, an employee of the Social Security Administration, on account of the performance of official duties by John Doe, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations, including a claim that John Doe owed the defendant approximately $20 million.

In violation of 18 U.S.C. § 1521.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney