# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)
(by Zoom Videoconference)

Before the Honorable Kevin R. Sweazea

Arraignment/Detention Hearing (CONT.)

| | | | |
|---|---|---|---|
| Case Number: | CR 23-204 MIS | UNITED STATES vs. KILLSMANY | |
| Hearing Date: | 3/2/2023 | Time In and Out: | 9:57 – 10:01 A.M. (4 MIN) |
| Courtroom Deputy: | B. Wilson | Digital Recording: | Sierra Blanca |
| Defendant: | TRAPPER KILLSMANY | Defendant's Counsel: | VICTORIA TRULL, STANDING IN FOR GIA MCGILLIVRAY |
| AUSA: | MARK STANDRIDGE | Pretrial/Probation: | GUADALUPE GARCIA |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Thursday, March 23, 2023
- ☒ Parties agree Standing Discovery Order to be electronically entered  ☐ Discovery Order previously entered  ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Strickland
- ☒ Trial will be scheduled by presiding judge  ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant in custody
- ☐ Conditions

## Other

- ☒ DETENTION HEARING TO BE RESET TOMORROW TO ALLOW ADDITIONAL TIME FOR ATTORNEYS TO REVIEW PRETRIAL REPORT.