# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable BARBARA S. EVANS

**CRIMINAL CLERK'S MINUTES** at Las Cruces
**VIA ZOOM VIDEOCONFERENCE**

| Case Number: | CR 23-204 MIS | Date: | 3/9/2023 | Recording Information: | LCR-SIERRA BLANCA |
|---|---|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Type of Hearing: | | DETENTION | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **TRAPPER KILLSMANY** | **GIA McGILLIVRAY** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | RY ELLISON | Interpreter: | N/A | |
|---|---|---|---|---|
| Pretrial Services: | MONICA HOYLE | Court in Session: | 10:01-10:02 A.M./12:06-12:52 P.M. (47 MIN) | |

| ☒ | Defendant detained as a Flight Risk |
|---|---|

| ☒ | Other: **10:01 A.M. – COURT ADVISES PARTIES THAT CASE WILL BE RECALLED AT THE END OF THE DOCKET SINCE TESTIMONY IS EXPECTED.**<br>**12:06 P.M. – CASE RECALLED.**<br>     UPON THE COURT'S INQUIRY, USPO HOYLE ADVISES THAT PRETRIAL'S POSITION REMAINS THE SAME AND NOTES THERE IS A WAIT LIST AT LA PASADA AND DIERSEN WILL NOT ACCEPT DEFENDANT.<br>     GOVERNMENT HAS NO EVIDENCE TO PRESENT, BUT WILL MAKE ARGUMENTS AFTER DEFENDANT PRESENTS WITNESSES.<br>     PROFFER BY MS. McGILLIVRAY REGARDING JACOB GOLDSMITH'S (DEFENDANT'S SON) TESTIMONY; WITNESS UNAVAILABLE NOW DUE TO TIME CONSTRAINTS.<br>**12:11 P.M. – DEFENSE CALLS GILBERT APODACA, WIT-1 (SWORN).**<br>**12:12 P.M. – DIRECT EXAMINATION OF WIT-1 BY MS. McGILLIVRAY.**<br>**12:19 P.M. – CROSS EXAMINATION OF WIT-1 BY MR. ELLISON.**<br>**12:22 P.M. – NO REDIRECT EXAMINATION OF WIT-1 BY MS. McGILLIVRAY; WIT-1 STEPS DOWN.**<br>**12:23 P.M. – ARGUMENT IN SUPPORT OF RELEASE BY MS. McGILLIVRAY.**<br>**12:39 P.M. – ARGUMENT IN SUPPORT OF DETENTION BY AUSA ELLISON.**<br>**12:49 P.M. – COURT MAKES FINDINGS ON THE RECORD AND DETAINS DEFENDANT PENDING TRIAL; DEFENDANT REMANDED INTO THE CUSTODY OF THE U.S. MARSHAL PENDING FURTHER PROCEEDINGS.**<br>**12:52 P.M. – COURT IN RECESS.** |
|---|---|