# IUNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable Margaret I. Strickland

**CASE NO.** CR 23-204 MIS        **DATE:** May 17, 2023

**Time in court:** 7 minutes

**TITLE:** United States v Trapper Killsmany

**COURTROOM CLERK:** Jessica Chavez     **COURT REPORTER:** Vanessa Alyce

( ) Albuquerque    ( X ) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered      **INTERPRETER:** none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**    **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Devon Aragon Martinez                           Gia McGillivray

**TYPE OF PROCEEDING:** Competency hearing

**PROCEEDINGS:**

2:38 p.m. Court in session

Court: received evaluation report from Dr. Barneclo.

Ms. Martinez and Ms. McGillivray will stipulate to incompetency.

Ms. McGillivray: Request Court enter order four month begin today. Argument.

Court: Four months begins when defendant is transported to facility. Court findings as to competency. Court commits defendant into the custody of the Attorney General for further evaluation as to competency. Government to prepare and submit order to the Court for review by end of day May 18th.

2:45 p.m. Court in recess.