# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
JUN 17 2024
MITCHELL R. ELFERS
CLERK OF COURT

UNITED STATES OF AMERICA
Plaintiff,

vs.            Case Number: 23-CR-204-MIS

TRAPPER KILLSMANY
a.k.a. "David Goldsmith"
Defendant.

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgement and sentencing before a United States District Judge.

**I hereby waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.**

X _____       _____
Trapper Killsmany                      Kenneth del Valle
Defendant                              Attorney for Defendant

_____
United State Magistrate Judge